# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV360 |
| vs. | ) ) | ORDER |
| CARGILL, INCORPORATED, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on February 17, 2012.  David W. Pederson and Laura E. Troshynski represented the plaintiff and Jacob D. Bylund represented the defendant.  Based on the discussion held during the conference,

**IT IS ORDERED:**

1. The parties shall have to **on or before May 31, 2012**, to complete discovery.

2. The parties shall have to **on or before June 15, 2012**, to file cross-motions for summary judgment.

3. The parties shall have to **on or before July 2, 2012**, to file any response to the opposing party's motion for summary judgment, upon which the matter will be deemed submitted.

4. Within **ten days** following the court's ruling on the parties' cross motions for summary judgment, the plaintiff shall arrange a telephone conference with opposing counsel and the undersigned magistrate judge for the purpose of scheduling the matter to conclusion, if necessary.

DATED this 17th day of February, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge