# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA,<br><br>    Plaintiff,<br><br>v.<br><br>CARGILL, INCORPORATED, a foreign corporation,<br><br>    Defendant. | CASE NO. 8:11-cv-360<br><br><br><br>**ORDER FOR STAY OF EXECUTION OR PROCEEDINGS TO ENFORCE JUDGMENT** |

Pursuant to the Joint Stipulation Regarding Stay of Execution or Proceedings to Enforce Judgment [Dkt. 46], **IT IS HEREBY ORDERED:**

1. That the March 27, 2013 judgment of this Court in the above-captioned case is hereby stayed during the pendency of anticipated appellate proceedings;

2. That Farm Credit may not execute on that judgment in whole or in part while this stay remains in effect;

3. This stay shall remain in effect until further order of this Court; and

4. Upon the issuance of the mandate in any appellate proceedings involving the judgment in this case, the parties shall advise the Court of the status of the case and may move for a lifting of the stay if appropriate.

DATED this 10th day of April, 2013.        BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            United States District Judge

dms.us.51904346.01